UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STARR INDEMNITY & LIABILITY
COMPANY,

                              Plaintiff,                        **22 Civ. No. 155 (CM) (GS)**

            -against-                           **SETTLEMENT CONFERENCE ORDER**

MEDITERRANEAN SHIPPING
COMPANY S.A. and ALL-WAYS
FORWARDING INTERNATIONAL
INC.,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Settlement Conference on **Thursday, March 28, 2024 at 3:00 p.m.**  Counsel for Defendant All-Ways Forwarding International Inc. ("All-Ways"), as well as a corporate representative for All-Ways who has personal knowledge of the circumstances relating to the proposed settlement, are directed to appear **in-person** for the conference at Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.  All other parties are excused from in-person attendance and may attend the conference telephonically via Microsoft Teams.  **Please dial (646) 453-4442, Access Code: 643 959 353#.**

      SO ORDERED.

DATED:    New York, New York
                  March 6, 2024

                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge